MEMORANDUM OPINION

No. 04-05-00684-CV

Albert Carl FINKE,

Appellant

v.

Merci Elizabeth FINKE,

Appellee

From the 166th Judicial District Court, Bexar County, Texas

Trial Court No. 2005-CI-06195

Honorable O. Rene Diaz , Judge Presiding




PER CURIAM



Sitting: Karen Angelini , Justice

 Sandee Bryan Marion , Justice

 Phylis J. Speedlin , Justice



Delivered and Filed: June 21, 2006



DISMISSED

 Appellant has filed a motion to dismiss this appeal, stating that the parties have settled their dispute. Appellee has not
opposed the motion. Therefore, we grant the motion and dismiss the appeal. See Tex. R. App. P. 42.1(a). Costs of the
appeal are taxed against appellant. See id. 42.1(d).

 PER CURIAM